1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Lester James as Grandparent and Legal Guardian of K.J., a Minor Child,<br><br>Plaintiff,<br><br>vs.<br><br>Brad Pope, Lyon County Sheriff; Lyon County Sheriff Deputy Doe 1; State of Nevada on relation of the Lyon County Sheriff's Office; State of Nevada on relation of the Nevada State Police Highway Patrol, a division of Nevada's Department of Public Safety; Nevada State Police Highway Patrol Officer Doe 2; Nevada State Police Highway Patrol Officer Doe 3; and Does 4 through 10, inclusive,<br><br>Defendants. | Case No.        3:24-cv-00247-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BRAD POPE ONLY** |
|---|---|

COMES NOW Plaintiff, Lester James as Grandparent and Legal Guardian of K.J., a Minor Child, and Defendant Brad Pope, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter

/ / /

/ / /

/ / /

/ / /

- 1 -

be dismissed with prejudice as to Brad Pope, only, and each party to bear their own costs and attorney's fees.

Dated this 14th day of October, 2024.

KESTREL LAW PLLC

By:   */s/ Leah Finke*
    LEAH KESTREL FINKE, ESQ.
    Nevada Bar No. 13013
    5470 Kietzke Lane, Suite 300
    Reno, NV 89511
    Attorney for Plaintiff

Dated this 14th day of October, 2024.

THORNDAL ARMSTRONG, PC

By:   */s/ Katherine Parks*
    KATHERINE F. PARKS, ESQ.
    Nevada Bar. No. 6227
    6590 S. McCarran Blvd, Suite B
    Reno, NV 89509
    Attorney for Defendant
    BRAD POPE

**ORDER**

IT IS SO ORDERED.

DATED: This 15th day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE