UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LESTER JAMES as Grandparent and Legal Guardian of Kileah James, a Minor Child,

Plaintiff

v.

BRAD POPE, et al.,

Defendants

Case No.: 3:24-cv-00247-ART-CSD

**Order**

Re: ECF Nos. 14, 24, 25

On September 30, 2024, Plaintiff filed a motion for leave to amend to: (1) correct a mistake in nomenclature with respect to the Nevada Highway Patrol; (2) to correct a mistake in nomenclature with respect to the Lyon County Sheriff's Office; (3) to substitute Frank Hunewill in place of Doe Defendant 4, or alternatively (4) to substitute Lyon County in place of Doe Defendant 5. (ECF No. 14.)

On October 14, 2024, Plaintiff and defendant Brad Pope filed a stipulation to amend the complaint to substitute Lyon County as a party defendant in place of the Lyon County Sheriff's Office. The parties also agreed that Frank Hunewill would not be added as a party defendant. (ECF No. 15.) A stipulation was also filed for the dismissal of Brad Pope with prejudice. (ECF No. 17.) Orders were entered on those stipulations. (ECF Nos. 18, 20.)

On November 5, 2024, the State of Nevada ex rel. Department of Public Safety, Highway Patrol Division (NHP) moved for an extension of time to respond to the first amended complaint. (ECF No. 24.)

On November 6, 2024, Plaintiff filed a notice advising the court that insofar as the motion for leave to amend sought to correct the mistake in nomenclature as to the Lyon County Sheriff's Office or to substitute Lyon County in place of Doe 5, the motion was moot. Plaintiff still seeks to correct the nomenclature with respect to NHP. (ECF No. 25.)

## CONCLUSION

(1) Plaintiff's motion for leave to amend (ECF No. 14) is **GRANTED** insofar as Plaintiff has up to and including **November 21, 2024**, to file a second amended complaint that corrects the nomenclature for NHP and reflects the changes made to the parties as a result of the stipulations discussed above.

(2) NHP's motion for an extension of time to respond to the first amended complaint (ECF No. 24) is **DENIED AS MOOT**.

(3) Defendants shall file a response to the second amended complaint on or before **December 12, 2024**.

**IT IS SO ORDERED**.

Dated: November 7, 2024

_____
Craig S. Denney
United States Magistrate Judge