1  Katherine F. Parks, Esq.
   Nevada Bar No. 6227
2  Thorndal Armstrong, PC
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   Tel: (775) 786-2882
4  kfp@thorndal.com
   Attorney for Defendant
5  LYON COUNTY

6

7

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11 Lester James as Grandparent and Legal
   Guardian of K.J., a Minor Child,
12
              Plaintiff,                    Case No.    3:24-cv-00247-ART-CSD
13
   vs.
14                                          **STIPULATION AND ORDER TO**
   Lyon County; a political subdivision of the   **SUBSTITUTE LYON COUNTY**
15 State of Nevada; Lyon County Sheriff Deputy   **SHERIFF DEPUTY DOE 1**
   Doe 1; State of Nevada on relation of the
16 Department of Public Safety, Highway Patrol
   Division; Nevada State Police Highway Patrol
17 Officer Doe 2; Nevada State Police Highway
   Patrol Officer Doe 3; and Does 4 through 10,
18 inclusive,

19            Defendants.

20

21     COMES NOW Plaintiff, Lester James as Grandparent and Legal Guardian of K.J., a

22 Minor Child, and Defendants State of Nevada on relation of the Department of Public Safety,

23 Highway Patrol Division, and Lyon County, by and through their counsel of record, and hereby

24 ///

25 ///

26 ///

27 ///

28 ///

- 1 -

1  stipulate to substitute Taylor Cunningham in the place of Lyon County Sheriff Deputy DOE 1
2  with respect to Plaintiff's Second Amended Complaint.

Dated this 3rd day of December, 2024.                    Dated this 3rd day of December, 2024.

KESTREL LAW PLLC                                          STATE OF NEVADA
                                                          OFFICE OF THE ATTORNEY GENERAL

By:  */s/ Leah Kestrel Finke*                             By:  */s/ Laura Ginn*
     LEAH KESTREL FINKE, ESQ.                                  AARON D. FORD
     Nevada Bar No. 13013                                      Attorney General
     5470 Kietzke Lane, Suite 300                              LAURA M. GINN, ESQ.
     Reno, NV 89511                                            Senior Deputy Attorney General
     Attorney for Plaintiff                                    555 Wright Way
                                                               Carson City, NV 89711
                                                               Attorneys for Defendant
                                                               STATE OF NEVADA EX REL. THE
                                                               DEPARTMENT OF PUBLIC
                                                               SAFETY, HIGHWAY PATROL
                                                               DIVISION

Dated this 3rd day of December, 2024.

THORNDAL ARMSTRONG, PC


By:  */s/ Katherine Parks*
     KATHERINE F. PARKS, ESQ.
     Nevada Bar. No. 6227
     6590 S. McCarran Blvd, Suite B
     Reno, NV 89509
     Attorney for Defendant
     LYON COUNTY


## ORDER

IT IS SO ORDERED.

DATED: This __4th__ day of __December__ 2024.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -