# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESTER JAMES, as Grandparent and Legal Guardian of K.J., a Minor Child,<br><br>    Plaintiff<br><br>v.<br><br>BRAD POPE, et al.,<br><br>    Defendants | Case No.: 3:24-cv-00247-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 41 |

Plaintiff has filed a notice that certain dates were omitted from the order granting Plaintiff's motion to extend the discovery plan and scheduling order (DPSO) deadlines, including the deadlines for initial and rebuttal expert disclosures. Plaintiff asks the court to set deadlines for these disclosures of January 20, 2026 and February 20, 2026, respectively. Plaintiff also seeks an extension of the discovery deadline until March 2, 2026. (ECF No. 41.) Defendants shall **FILE** a response to Plaintiff's requests on or before **July 14, 2025**.

**IT IS SO ORDERED**.

Dated: June 30, 2025

_____
Craig S. Denney
United States Magistrate Judge