Leah Kestrel Finke, Esq.
Nevada Bar No. 13013
KESTREL LAW PLLC
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone No. (775) 235-8055
Facsimile No. (775) 980-1480
leah@kestrellaw.com
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lester James as Grandparent and Legal Guardian of Kileah James, a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>Lyon County, a political subdivision of the State of Nevada; Lyon County Sheriff Deputy Taylor Cunningham; State of Nevada on relation of the Department of Public Safety, Highway Patrol Division; Nevada State Police Highway Patrol Officer Doe 2; Nevada State Police Highway Patrol Officer Doe 3; and Does 4 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00247-ART-CSD<br><br>**STIPULATION AND ORDER TO SUBSTITUTE NEVADA STATE POLICE HIGHWAY PATROL OFFICER DOE 2 WITH NEVADA STATE POLICE HIGHWAY TROOPER CALEB MULLEN, NEVADA STATE POLICE HIGHWAY PATROL OFFICER DOE 3 WITH NEVADA STATE POLICE HIGHWAY TROOPER ANTHONY MARENCO, AND DOE 4 WITH NEVADA STATE POLICE HIGHWAY TROOPER WESLEY ROBERTS** |

COMES NOW the parties, by and between their counsel of record, and hereby stipulate to substitute Nevada State Police Highway Patrol Officer Doe 2 With Nevada State Police Highway Trooper Caleb Mullen, Nevada State Police Highway Patrol Officer Doe 3 With Nevada State Police Highway Trooper Anthony Marenco, and Doe 4 with Nevada State Police Highway Trooper Wesley Roberts.

**AFFIRMATATION**

The undersigned does hereby affirm that this document does not contain the social security

number of any person.

Dated December 17, 2025.

KESTREL LAW PLLC

/s/ Leah Kestrel Finke
Leah Kestrel Finke, Esq.
**Attorney for Plaintiff**

Dated December 17, 2025.

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL

/s/ Laura M. Ginn
AARON D. FORD
Attorney General
LAURA M. GINN, ESQ., Bar 8085
Senior Deputy Attorney General
555 Wright Way
Carson City, NV 89711
**Attorneys for Defendant State of Nevada Ex Rel. The Department of Public Safety, Highway Patrol Division**

Dated December 17, 2025.

THORNDAL ARMSTRONG, PC

/s/ Katherin F. Parks
Katherine F. Parks, Esq.
Nevada State Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
**Attorney for Defendant Lyon County and Lyon County Sheriff Deputy Taylor Cunningham**

## ORDER

IT IS SO ORDERED.

Dated this __17th__ day of December 2025.

_____
UNITED STATES MAGISTRATE JUDGE