Leah Kestrel Finke, Esq.
Nevada Bar No. 13013
KESTREL LAW PLLC
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone No. (775) 235-8055
Facsimile No. (775) 799-3250
leah@kestrellaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lester James as Grandparent and Legal Guardian of Kileah James, a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>Lyon County, a political subdivision of the State of Nevada; Lyon County Sheriff Deputy Taylor Cunningham; State of Nevada on relation of the Department of Public Safety, Highway Patrol Division; Nevada State Police Highway Trooper Caleb Mullen; Nevada State Police Highway Trooper Anthony Marenco; and Nevada State Police Highway Trooper Wesley Roberts; and Does 5 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00247-ART-CSD<br> ORDER GRANTING<br>**STIPULATION AND ORDER TO SUBSTITUTE MELODY JAMES AS LEGAL GUARDIAN OF KILEAH JAMES, A MINOR CHILD IN PLACE OF PLAINTIFF LESTER JAMES AS GRANDPARENT AND LEGAL GUARDIAN OF KILEAH JAMES A MINOR** |

COMES NOW the parties, by and between their counsel, and hereby stipulate to substitute Melody James as Legal Guardian of Kileah James, a Minor Child in Place of Plaintiff Lester James as Grandparent and Legal Guardian of Kileah James, a Minor Child.

**AFFIRMATATION**

The undersigned does hereby affirm that this document does not contain the social security

///

KESTREL LAW PLLC
5470 KIETZKE #300
RENO, NV 89511

Page 1 of 2

number of any person.

Dated February 15, 2026.

KESTREL LAW PLLC

/s/ Leah Kestrel Finke

Leah Kestrel Finke, Esq.

**Attorney for Plaintiff**

Dated February 15, 2026.

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL

/s/ Laura M. Ginn

AARON D. FORD
Attorney General
LAURA M. GINN, ESQ. Bar 8085
Senior Deputy Attorney General
555 Wright Way
Carson City, NV 89711

**Attorneys for Defendant State of Ex Rel**
**The Department of Public Safety, Highway Patrol**
**Division**

Dated February 15, 2026.

THORNDAL ARMSTRONG, PC

/s/ Katherine F. Parks

Kathrine F. Parks, Esq., Bar 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509

**Attorney for Defendant Lyon County**
**and Sheriff Deputy Taylor Cunningham**

## ORDER

IT IS SO ORDERED.

Dated this __17th__ day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE