**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESTER JAMES as Grandparent and Legal Guardian of KILEAH JAMES, a Minor Child, | 3:24-cv-00247-ART-CSD |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 73 |
| BRAD POPE, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Motion Regarding Discovery Dispute. (ECF No. 73.)

Pursuant to the Court's Civil Standing Order (ECF No. 2), Defendants shall file a response on or before close of business on **Wednesday, May 6, 2026**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:   May 4, 2026.

_____
Craig S. Denney
United States Magistrate Judge

1