**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESTER JAMES as Grandparent and Legal Guardian of KILEAH JAMES, a Minor Child,<br><br>Plaintiff,<br><br>  v.<br><br>BRAD POPE, *et al.*,<br><br>Defendants. | 3:24-cv-00247-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 77 |

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 77.) The discovery dispute pertains to confidentiality designation of NHP discovery materials. All remaining NHP confidentiality designations are maintained pending further order of the Court.

Pursuant to the Court's Civil Standing Order (ECF No. 2), Plaintiff shall file a response on or before close of business on **Tuesday, May 12, 2026**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  May 8, 2026.

_____
Craig S. Denney
United States Magistrate Judge