**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELODY JAMES, as legal guardian of KILEAH JAMES, a minor child,<br><br>Plaintiff<br><br>v.<br><br>BRAD POPE, et al.,<br><br>Defendants | Case No.: 3:24-cv-00247-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 91 |

On September 3, 2026, Plaintiff filed a reply to Defendants' response to her motion regarding discovery dispute. (ECF No. 91.) Because the civil standing order does not allow the filing of a reply and the court did not order Plaintiff to file any, Plaintiff's reply (ECF No. 91) is hereby **STRICKEN**.

**IT IS SO ORDERED**.

Dated: September 4, 2026

Craig S. Denney
United States Magistrate Judge