**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELODY JAMES, as legal guardian of KILEAH JAMES, a minor child,

Plaintiff

v.

BRAD POPE, et al.,

Defendants

Case No.: 3:24-cv-00247-ART-CSD

**Order**

Re: ECF No. 88

Plaintiff has filed a motion regarding discovery dispute (ECF No. 88), to which Defendants have responded (ECF No. 90). The court has reviewed the parties' filings. **IT IS HEREBY ORDERED** that no later than the close of business on September 10, 2026, Defendants will submit to chambers for *in camera* review the unredacted March 19, 2022, Marenco email (NHP003148-NHP003150).

**IT IS SO ORDERED**.

Dated: September 8, 2026

Craig S. Denney
United States Magistrate Judge