Leah Kestrel Finke, Esq.
Nevada Bar No. 13013
KESTREL LAW PLLC
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone No. (775) 235-8055
Facsimile No. (775) 799-3250
leah@kestrellaw.com
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Melody James as Legal Guardian of Kileah James, a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>Lyon County, a political subdivision of the State of Nevada; Lyon County Sheriff Deputy Taylor Cunningham; State of Nevada on relation of the Department of Public Safety, Highway Patrol Division; Nevada State Police Highway Trooper Caleb Mullen; Nevada State Police Highway Trooper Anthony Marenco; Nevada State Police Highway Trooper Wesley Roberts; and Does 5 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00247-ART-CSD<br><br>**STIPULATION TO EXTEND AMENDMENT OF PLEADINGS DEADLINES ONLY PURSUANT TO FRCP 6(b) (fifth stipulation, eighth request for extension)** |

COMES NOW, the parties, by and through their counsel of record and hereby stipulate under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 6-3 to extend the deadline to amend pleading to November 16, 2026, to conform with the rest of the deadlines that were previously extended by 90 days (Docket 87). None of the other deadlines are implicated.

///

///

///

///

The parties will not be prejudiced by this continuation.

Dated this 8th day of September 2026.

KESTREL LAW PLLC

/s/ Leah Kestrel Finke
Leah Kestrel Finke, Esq.
Nevada Bar No. 13013
5470 Kietzke Lane, Suite 300
Reno, NV 89511
***Attorney for Plaintiff***

Dated this 8th day of September 2026.

THORNDAL ARMSTRONG, PC

/s/ Katherine F. Parks
Kathrine F. Parks, Esq.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
***Attorney for Lyon County and Taylor Cunningham***

Dated this 8th day of September 2026.

AARON D. FORD, Attorney General

/s/ Jared M. Fost
Laura M. Ginn, Esq.
Nevada Bar No. 8085
Jared M. Frost, Esq.
Nevada Bar No. 11132
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City NV 89711
***Attorney for State of Nevada ex rel. The Department of Public Safety Highway Patrol Division, Caleb Mullen, Anthony Marenco, and Wesley Roberts***

**IT IS SO ORDERED.**

**September 9, 2026**



**U.S. Magistrate Judge**

Gmail Shannon Edwards <shannon@kestrellaw.com>

## RE: James v. Lyon County et al 30(b)(6) Topic List

1 message

**Katherine F. Parks** <KFP@thorndal.com> Tue, Sep 8, 2026 at 2:48 PM
To: Shannon Edwards <Shannon@kestrellaw.com>
Cc: Kestrel Law <leah@kestrellaw.com>, "Jared M. Frost" <JFrost@ag.nv.gov>, "Laurie M. Ginn" <lginn@ag.nv.gov>, "Monica L. Neumann" <mneumann@ag.nv.gov>, "Laura S. Bautista" <lsb@thorndal.com>

Looks good to me. Please feel free to file with my e-signature.

Best regards,

Kathy

Katherine F. Parks | Shareholder | Thorndal Armstrong, PC |

6590 S. McCarran Blvd., Suite B | Reno, NV 89509

(775) 786-2882 (phone) | (775) 786-8004 (fax)

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com

---

**From:** Shannon Edwards <Shannon@kestrellaw.com>
**Sent:** Thursday, September 3, 2026 9:00 PM
**To:** Katherine F. Parks <KFP@thorndal.com>
**Cc:** Kestrel Law <leah@kestrellaw.com>; Jared M. Frost <JFrost@ag.nv.gov>; Laurie M. Ginn <lginn@ag.nv.gov>; Monica L. Neumann <mneumann@ag.nv.gov>; Laura S. Bautista <lsb@thorndal.com>
**Subject:** Re: James v. Lyon County et al 30(b)(6) Topic List

Gmail

Shannon Edwards <shannon@kestrellaw.com>

## RE: James v. Lyon County et al 30(b)(6) Topic List

1 message

**Jared M. Frost** <JFrost@ag.nv.gov> Tue, Sep 8, 2026 at 2:24 PM
To: Shannon Edwards <Shannon@kestrellaw.com>, kfp <kfp@thorndal.com>
Cc: leah <leah@kestrellaw.com>, "Laurie M. Ginn" <lginn@ag.nv.gov>, "Monica L. Neumann" <mneumann@ag.nv.gov>, "Laura S. Bautista" <lsb@thorndal.com>

This looks good to me, OK to file with my e-signature for the State Defendants.

Jared M. Frost

Senior Deputy Attorney General

Transportation Division - DMV/DPS

702-486-3177

jfrost@ag.nv.gov

---

**From:** Shannon Edwards <Shannon@kestrellaw.com>
**Sent:** Thursday, September 3, 2026 9:00 PM
**To:** kfp <kfp@thorndal.com>
**Cc:** leah <leah@kestrellaw.com>; Jared M. Frost <JFrost@ag.nv.gov>; Laurie M. Ginn <lginn@ag.nv.gov>; Monica L. Neumann <mneumann@ag.nv.gov>; Laura S. Bautista <lsb@thorndal.com>
**Subject:** Re: James v. Lyon County et al 30(b)(6) Topic List

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ok, I made it a simple paragraph. Please see the attachment. Thank you.

**Shannon Edwards**

**Paralegal to Leah Kestrel Finke, Esq.**

**Kestrel Law PLLC**

**5470 Kietzke Ln Suite 300**

**Reno NV 89511**

**T (775) 235-8055**

**F (775) 799-3250**

**www.kestrellaw.com**