Leah Kestrel Finke, Esq.
Nevada Bar No. 13013
KESTREL LAW PLLC
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone No. (775) 235-8055
Facsimile No. (775) 799-3250
leah@kestrellaw.com
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Melody James as Legal Guardian of Kileah James, a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>Lyon County, a political subdivision of the State of Nevada; Lyon County Sheriff Deputy Taylor Cunningham; State of Nevada on relation of the Department of Public Safety, Highway Patrol Division; Nevada State Police Highway Trooper Caleb Mullen; Nevada State Police Highway Trooper Anthony Marenco; Nevada State Police Highway Trooper Wesley Roberts; and Does 5 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00247-ART-CSD<br><br>**STIPULATION TO REFLECT PLAINTIFF'S ADDITIONAL REPRESENTATIVE CAPACITY** |

The parties, by and through their counsel of record, stipulate as follows:

1. Melody James is presently identified in this action as Legal Guardian of Kileah James, a Minor Child.

2. The Estate of Phalina James has been opened, and Melody James has been appointed Special Administrator of the Estate of Phalina James.

3. The parties stipulate that the caption and pleadings may reflect Melody James's additional representative capacity as Special Administrator of the Estate of Phalina James.

Dated this 21st day of September 2026.

KESTREL LAW PLLC

/s/ Leah Kestrel Finke
Leah Kestrel Finke, Esq.
Nevada Bar No. 13013
5470 Kietzke Lane, Suite 300
Reno, NV 89511
***Attorney for Plaintiff***

Dated this 21st day of September 2026.

THORNDAL ARMSTRONG, PC

/s/ Katherine F. Parks
Kathrine F. Parks, Esq.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
***Attorney for Lyon County and Taylor Cunningham***

Dated this 21st day of September 2026.

AARON D. FORD, Attorney General

/s/ Laurie M. Ginn
Laurie M. Ginn, Esq.
Nevada Bar No. 8085
Jared M. Frost, Esq.
Nevada Bar No. 11132
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City NV 89711
***Attorney for State of Nevada ex rel. The Department of Public Safety Highway Patrol Division, Caleb Mullen, Anthony Marenco, and Wesley Roberts***

Dated: September 22, 2026

U.S. Magistrate Judge