**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELODY JAMES, as legal guardian of KILEAH JAMES, a minor child,

Plaintiff

v.

BRAD POPE, et al.,

Defendants

Case No.: 3:24-cv-00247-ART-CSD

**Order**

Re: ECF No. 100

On October 12, 2026, the NHP defendants filed a motion regarding discovery dispute, which sought a protective order limiting the topics designated for the deposition of their Rule 30(b)(6) witness. (ECF No. 100.) Plaintiff has responded. (ECF No. 102.)

NHP defendants assert that a list of topics for the 30(b)(6) deposition provided by Plaintiff on August 13, 2026, is overbroad, duplicative and a disproportionate burden, and that even after a meet-and-confer phone call on September 1, 2026, Plaintiff declined to make any changes to the list. No date for the deposition has been set, but NHP defendants state the parties have been discussing dates in November 2026.

In response, Plaintiff asserts that the August list is outdated in light of recent discovery and that she has intentionally deferred re-noticing the 30(b)(6) deposition in order to evaluate the appropriate topics in light of that discovery.

In light of Plaintiff's representation that she does not seek approval of the August topic list, the NHP defendants' discovery motion is moot. The motion is therefore denied without prejudice.

Further, the parties' meet and confer took place on September 1, 2026, nearly a month-and-a-half before the instant discovery motion was filed. The extremely stale meet and confer is an additional basis for denying defendants' motion.

Plaintiff's related -- and unrelated -- requests for relief embedded in her response are not properly presented to the court and will not be considered.

In accordance with the foregoing, the NHP defendants' motion regarding discovery dispute (ECF No. 100) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: October 16, 2026

Craig S. Denney
United States Magistrate Judge