**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELODY JAMES, as legal guardian of KILEAH JAMES, a minor child,

Plaintiff

v.

BRAD POPE, et al.,

Defendants

Case No.: 3:24-cv-00247-ART-CSD

**Order**

Re: ECF Nos. 107, 109, 111

Plaintiffs have filed a motion to extend the discovery deadlines in this case, including the deadline to move for leave to amend the pleadings, which is currently set to expire on November 16, 2026. (ECF No. 107.) Plaintiffs have both amended their motion and filed a motion for leave to file a supplemental declaration in support. (ECF Nos. 109, 111.)

The amended motion (ECF No. 109) supersedes the original motion (ECF No. 107). Accordingly, the original motion (ECF No. 107) is **DENIED AS MOOT**.

Plaintiff's motion for leave to file a supplemental declaration in support of her motion (ECF No. 111) is **GRANTED**.

Defendants shall **FILE** a response to Plaintiff's motion for extension of time (ECF No. 109) on or before **Friday, November 13, 2026**.

**IT IS SO ORDERED**.

Dated: November 9, 2026

Craig S. Denney
United States Magistrate Judge