**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELODY JAMES, as legal guardian of KILEAH JAMES, a minor child, Plaintiff v. BRAD POPE, et al., Defendants | Case No.: 3:24-cv-00247-ART-CSD **Order** Re: ECF No. 109 |

Plaintiffs have filed an amended motion to extend the discovery deadlines in this case, including the deadline to amend the pleadings. (ECF No. 109.) The Lyon County defendants do not oppose. (ECF No. 118.) The NHP defendants oppose extending the amendment deadline but otherwise do not oppose. (ECF No. 120.)

Good cause appearing, Plaintiff's amended motion to extend the discovery deadlines (ECF No. 109) is **GRANTED IN PART**. With the exception of the amendment deadline, all other discovery deadlines are extended by 120 days. The court does not see good cause to extend the amendment deadline by 120 days, and accordingly grants a shorter extension of time, to and including December 28, 2026.

Accordingly, the new discovery deadlines will be as follows:

| **Event** | **Deadline** |
|---|---|
| Amendment of Pleadings | December 28, 2026 |
| Initial Expert Disclosures | May 12, 2027 |
| Rebuttal Expert Disclosures | June 11, 2027 |
| Extension of Discovery | June 22, 2027 |
| Discovery | July 13, 2027 |

| | |
|---|---|
| Dispositive Motions | August 11, 2027 |
| Joint Pretrial Order | September 8, 2027, or thirty days after court's ruling on any dispositive motions filed |

**IT IS SO ORDERED**.

Dated: November 13, 2026

Craig S. Denney
United States Magistrate Judge